NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――

**TAHIR MAHMOOD,**
*Plaintiff-Appellant,*

**v.**

**RESEARCH IN MOTION, LTD.,**
*Defendant-Appellee.*

―――――――

2012-1517

―――――――

Appeal from the United States District Court for the Southern District of New York in No. 11-CV-5345, Judge Katherine B. Forrest.

- - - - - - - - - - - - - - - - - - - - -

**TAHIR MAHMOOD,**
*Plaintiff-Appellant,*

**v.**

**RESEARCH IN MOTION, LTD.,**
*Defendant-Appellee.*

―――――――

2013-1062

―――――――

Appeal from the United States District Court for the Southern District of New York in No. 12-CV-0899, Judge Katherine B. Forrest.

———————————

**JUDGMENT**

———————————

RONALD M. DAIGNAULT, Robins, Kaplan, Miller & Ciresi, L.L.P., of New York, New York, argued for plaintiff-appellant. With him on the brief were RONALD J. SCHUTZ, DAVID LEICHTMAN and ANNIE HUANG.

PAUL B. KELLER, Allen & Overy, LLP, of New York, New York, argued for defendant-appellee. With him on the brief were MICHAEL S. FELDBERG and LAURA R. HALL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and TARANTO, *Circuit Judge*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk